UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CR-65-H

UNITED STATES OF AMERICA,

v.       ORDER

DANIEL HERNANDEZ-SANCHEZ

It appearing to the Court that during the investigation of the above-captioned case, agents of the Department of Homeland Security-Immigration Customs Enforcement in Raleigh, North Carolina, seized a firearm and ammunition and held such items for use as possible evidence during any trial in this matter, said firearm described as follows:

One Bersa Thunder 380 .380 semi-automatic handgun, bearing serial number 959537. It further appearing to the Court that this case has been fully adjudicated, and the aforementioned items are no longer needed as evidence.

Therefore, it is hereby ordered that the above described firearm and ammunition be disposed of, or destroyed by agents of the Department of Homeland Security-Immigration Customs Enforcement, Raleigh, North Carolina, in accordance with regulations of the Department of Homeland Security-Immigration Customs Enforcement.

This the 13th day of October, 2011

MALCOLM J. HOWARD
Senior United States District Court Judge